J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

James N. Willi
*jwilli@willi.com*
Tracy J. Willi
*twilli@willi.com*
Willi Law Firm, P.C.
100 Congress Ave., Ste. 1530
Austin, Texas 78701-2717
Telephone:   (512) 288-3200
Facsimile:    (512) 288-3202

Attorneys for Defendants Fannix, Inc.,
Xin Wei a/k/a Jessie Wei, an individual
and d/b/a Amazon.com Seller bestwiidepot

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Fannix, Inc., Xin Wei a/k/a Jessie Wei, an individual and d/b/a Amazon.com Seller bestwiidepot and Does 1-10, inclusive, <br><br> Defendants. | Case No. CV12-9169 ABC (RZx) <br><br> [~~PROPOSED~~] CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of

Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Fannix, Inc. and Xin Wei

a/k/a Jessie Wei, an individual and d/b/a Amazon.com Seller bestwiidepot

(collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

   a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or

logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b)    Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: January 2, 2013

_____
Hon. Audrey B. Collins
United States Chief District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: \_\_/s/ Annie S. Wang_____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

Willi Law Firm, P.C.

By: \_\_/s/ Tracy J. Willi_____
    James N. Willi
    Tracy J. Willi
Attorneys for Defendants Fannix, Inc., Xin Wei a/k/a Jessie Wei, an individual and d/b/a Amazon.com Seller bestwiidepot

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | Warner Bros. Entertainment Inc. |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | Warner Bros. Entertainment Inc. |
| PA 1-744-136 | CURB YOUR ENTHUSIASM: The Divorce | Home Box Office, Inc. |
| PA 1-746-580 | CURB YOUR ENTHUSIASM: The Safe House | Home Box Office, Inc. |
| PA 1-739-186 | CURB YOUR ENTHUSIASM: Palestinian Chicken | Home Box Office, Inc. |
| PA 1-740-510 | CURB YOUR ENTHUSIASM: The Smiley Face | Home Box Office, Inc. |
| PA 1-740-509 | CURB YOUR ENTHUSIASM: Vow of Silence | Home Box Office, Inc. |
| PA 1-740-508 | CURB YOUR ENTHUSIASM: The Hero | Home Box Office, Inc. |
| PA 1-746-589 | CURB YOUR ENTHUSIASM: The Bi-Sexual | Home Box Office, Inc. |
| PA 1-744-140 | CURB YOUR ENTHUSIASM: Car Periscope | Home Box Office, Inc. |
| PA 1-748-790 | CURB YOUR ENTHUSIASM: Mister Softee | Home Box Office, Inc. |
| PA 1-675-545 | CURB YOUR ENTHUSIASM: Seinfeld | Home Box Office, Inc. |
| PA 1-747-827 | CURB YOUR ENTHUSIASM: Larry vs. Michael J. Fox | Home Box Office, Inc. |
| PA 1-751-680 | ENTOURAGE: Home Sweet Home | Home Box Office, Inc. |
| PA 1-751-679 | ENTOURAGE: Out With A Bang | Home Box Office, Inc. |
| PA 1-759-114 | ENTOURAGE: One Last Shot | Home Box Office, Inc. |
| PA 1-759-119 | ENTOURAGE: Whiz Kid | Home Box Office, Inc. |
| PA 1-759-118 | ENTOURAGE: Motherf*cker | Home Box Office, Inc. |
| PA 1-764-686 | ENTOURAGE: The Big Bang | Home Box Office, Inc. |
| PA 1-765-845 | ENTOURAGE: Second To Last | Home Box Office, Inc. |
| PA 1-765-833 | ENTOURAGE: The End | Home Box Office, Inc. |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | Warner Bros. Entertainment Inc. |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | Warner Bros. Entertainment Inc. |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name is Trouble | Warner Bros. Entertainment Inc. |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | Warner Bros. Entertainment Inc. |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | Warner Bros. Entertainment Inc. |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | Warner Bros. Entertainment Inc. |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | Warner Bros. Entertainment Inc. |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save the Date | Warner Bros. Entertainment Inc. |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | Warner Bros. Entertainment Inc. |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| | By An 'A'-Angel | |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | Warner Bros. Entertainment Inc. |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | Warner Bros. Entertainment Inc. |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | Warner Bros. Entertainment Inc. |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | Warner Bros. Entertainment Inc. |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | Warner Bros. Entertainment Inc. |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | Warner Bros. Entertainment Inc. |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | Warner Bros. Entertainment Inc. |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | Warner Bros. Entertainment Inc. |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | Warner Bros. Entertainment Inc. |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | Warner Bros. Entertainment Inc. |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking the Code | Warner Bros. Entertainment Inc. |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | Warner Bros. Entertainment Inc. |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | Warner Bros. Entertainment Inc. |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | Warner Bros. Entertainment Inc. |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | Warner Bros. Entertainment Inc. |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | Warner Bros. Entertainment Inc. |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | Warner Bros. Entertainment Inc. |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | Warner Bros. Entertainment Inc. |
| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | Warner Bros. Entertainment Inc. |
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | Warner Bros. Entertainment Inc. |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | Warner Bros. Entertainment Inc. |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | Warner Bros. Entertainment Inc. |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | Warner Bros. Entertainment Inc. |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | Warner Bros. Entertainment Inc. |
| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | Warner Bros. Entertainment Inc. |
| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | Warner Bros. Entertainment Inc. |
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | Warner Bros. Entertainment Inc. |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | Warner Bros. Entertainment Inc. |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | Warner Bros. Entertainment Inc. |

| | | | |
|---|---|---|---|
| 1 | | SOPRANOS, THE: Season One | |
| 2 | PA 943-492 | SOPRANOS, THE: Pilot | Home Box Office, Inc. |
| | PA 943-491 | SOPRANOS, THE: 46 Long | Home Box Office, Inc. |
| 3 | PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | Home Box Office, Inc. |
| | PA 943-494 | SOPRANOS, THE: Meadowlands | Home Box Office, Inc. |
| 4 | PA 943-496 | SOPRANOS, THE: College | Home Box Office, Inc. |
| | PA 943-493 | SOPRANOS, THE: Pax Soprana | Home Box Office, Inc. |
| 5 | PA 943-490 | SOPRANOS, THE: Down Neck | Home Box Office, Inc. |
| 6 | PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | Home Box Office, Inc. |
| 7 | PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | Home Box Office, Inc. |
| 8 | PA 943-532 | SOPRANOS, THE: Boca | Home Box Office, Inc. |
| | PA 943-537 | SOPRANOS, THE: Isabella | Home Box Office, Inc. |
| 9 | PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | Home Box Office, Inc. |
| 10 | PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | Home Box Office, Inc. |
| 11 | PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | Home Box Office, Inc. |
| 12 | PA 998-992 | SOPRANOS, THE: Do Not Resucitate | Home Box Office, Inc. |
| | PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | Home Box Office, Inc. |
| 13 | PA 998-994 | SOPRANOS, THE:: Commendatori | Home Box Office, Inc. |
| 14 | PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | Home Box Office, Inc. |
| | PA 998-996 | SOPRANOS, THE: The Happy Wanderer | Home Box Office, Inc. |
| 15 | PA 998-997 | SOPRANOS, THE: D-Girl | Home Box Office, Inc. |
| | PA 998-998 | SOPRANOS, THE: Full Leather Jacket | Home Box Office, Inc. |
| 16 | PA 998-999 | SOPRANOS, THE: From Where To Eternity | Home Box Office, Inc. |
| 17 | PA 999-000 | SOPRANOS, THE: Bust Out | Home Box Office, Inc. |
| | PA 999-001 | SOPRANOS, THE: House Arrest | Home Box Office, Inc. |
| 18 | PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | Home Box Office, Inc. |
| 19 | PA 999-003 | SOPRANOS, THE: Funhouse | Home Box Office, Inc. |
| 20 | PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | Home Box Office, Inc. |
| 21 | PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | Home Box Office, Inc. |
| | PA 1-021-745 | SOPRANOS, THE: Fortunate Son | Home Box Office, Inc. |
| 22 | PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | Home Box Office, Inc. |
| 23 | PA 1-021-954 | SOPRANOS, THE: Another Toothpick | Home Box Office, Inc. |
| | PA 1-021-955 | SOPRANOS, THE: University | Home Box Office, Inc. |
| 24 | PA 1-021-883 | SOPRANOS, THE: Second Opinion | Home Box Office, Inc. |
| | PA 1-022-080 | SOPRANOS, THE: He Is Risen | Home Box Office, Inc. |
| 25 | PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | Home Box Office, Inc. |
| 26 | PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | Home Box Office, Inc. |
| | PA 1-022-076 | SOPRANOS, THE: Pine Barrens | Home Box Office, Inc. |
| 27 | PA 1-022-077 | SOPRANOS, THE: Amour Fou | Home Box Office, Inc. |
| 28 | PA 1-022-079 | SOPRANOS, THE: The Army Of One | Home Box Office, Inc. |

| | | | |
|---|---|---|---|
| 1 | PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | Home Box Office, Inc. |
| 2 | PA 1-097-104 | SOPRANOS, THE: No Show | Home Box Office, Inc. |
| 3 | PA 1-097-105 | SOPRANOS, THE: Christopher | Home Box Office, Inc. |
| | PA 1-112-845 | SOPRANOS, THE: The Weight | Home Box Office, Inc. |
| 4 | PA 1-097-106 | SOPRANOS, THE: Pie-O-My | Home Box Office, Inc. |
| 5 | PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | Home Box Office, Inc. |
| 6 | PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | Home Box Office, Inc. |
| | PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | Home Box Office, Inc. |
| 7 | PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | Home Box Office, Inc. |
| 8 | PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | Home Box Office, Inc. |
| | PA 1-110-981 | SOPRANOS, THE: Calling All Cars | Home Box Office, Inc. |
| 9 | PA 1-110-982 | SOPRANOS, THE: Eloise | Home Box Office, Inc. |
| | PA 1-144-526 | SOPRANOS, THE: Whitecaps | Home Box Office, Inc. |
| 10 | PA 1-226-022 | SOPRANOS, THE: Two Tonys | Home Box Office, Inc. |
| 11 | PA 1-226-024 | SOPRANOS, THE: Rat Pack | Home Box Office, Inc. |
| | PA 1-226-023 | SOPRANOS, THE: Where's Johnny | Home Box Office, Inc. |
| 12 | PA 1-226-025 | SOPRANOS, THE: All Happy Families… | Home Box Office, Inc. |
| 13 | PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | Home Box Office, Inc. |
| | PA 1-232-789 | SOPRANOS, THE: Sentimental Education | Home Box Office, Inc. |
| 14 | PA 1-232-996 | SOPRANOS, THE: In Camelot | Home Box Office, Inc. |
| 15 | PA 1-232-995 | SOPRANOS, THE: Marco Polo | Home Box Office, Inc. |
| | PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | Home Box Office, Inc. |
| 16 | PA 1-242-861 | SOPRANOS, THE: Cold Cuts | Home Box Office, Inc. |
| 17 | PA 1-242-857 | SOPRANOS, THE: The Test Dream | Home Box Office, Inc. |
| | PA 1-242-860 | SOPRANOS, THE: Long Term Parking | Home Box Office, Inc. |
| 18 | PA 1-233-048 | SOPRANOS, THE: All Due Respect | Home Box Office, Inc. |
| 19 | PA 1-324-969 | SOPRANOS, THE: Members Only | Home Box Office, Inc. |
| | PA 1-324-970 | SOPRANOS, THE: Join The Club | Home Box Office, Inc. |
| 20 | PA 1-324-971 | SOPRANOS, THE: Mayham | Home Box Office, Inc. |
| 21 | PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | Home Box Office, Inc. |
| 22 | PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | Home Box Office, Inc. |
| | PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | Home Box Office, Inc. |
| 23 | PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | Home Box Office, Inc. |
| 24 | PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | Home Box Office, Inc. |
| | PA 1-326-426 | SOPRANOS, THE: The Ride | Home Box Office, Inc. |
| 25 | PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | Home Box Office, Inc. |
| | PA 1-318-645 | SOPRANOS, THE: Cold Stones | Home Box Office, Inc. |
| 26 | PA 1-324-820 | SOPRANOS, THE: Kaisha | Home Box Office, Inc. |
| 27 | PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | Home Box Office, Inc. |
| | PA 1-374-958 | SOPRANOS, THE: Stage 5 | Home Box Office, Inc. |
| 28 | PA 1-374-959 | SOPRANOS, THE: Remember When | Home Box Office, Inc. |

| | | | |
|---|---|---|---|
| 1 | PA 1-374-960 | SOPRANOS, THE: Chasing It | Home Box Office, Inc. |
| 2 | PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | Home Box Office, Inc. |
|   | PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | Home Box Office, Inc. |
| 3 | PA 1-371-913 | SOPRANOS, THE: The Second Coming | Home Box Office, Inc. |
|   | PA1-390-894 | SOPRANOS, THE: Blue Comet | Home Box Office, Inc. |
| 4 | PA 1-390-892 | SOPRANOS, THE: Made In America | Home Box Office, Inc. |
| 5 | PA 1-795-517 | THE BIG BANG THEORY: Pilot | Warner Bros. Entertainment Inc. |
| 6 | PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | Warner Bros. Entertainment Inc. |
| 7 | PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | Warner Bros. Entertainment Inc. |
| 8 | PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | Warner Bros. Entertainment Inc. |
| 9 | PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | Warner Bros. Entertainment Inc. |
| 10 | PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | Warner Bros. Entertainment Inc. |
| 11-12 | PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | Warner Bros. Entertainment Inc. |
| 13 | PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | Warner Bros. Entertainment Inc. |
| 14 | PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | Warner Bros. Entertainment Inc. |
| 15 | PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | Warner Bros. Entertainment Inc. |
| 16 | PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | Warner Bros. Entertainment Inc. |
| 17 | PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | Warner Bros. Entertainment Inc. |
| 18-19 | PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | Warner Bros. Entertainment Inc. |
| 20 | PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | Warner Bros. Entertainment Inc. |
| 21 | PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | Warner Bros. Entertainment Inc. |
| 22 | PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | Warner Bros. Entertainment Inc. |
| 23 | PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | Warner Bros. Entertainment Inc. |
| 24 | PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | Warner Bros. Entertainment Inc. |
| 25-26 | PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | Warner Bros. Entertainment Inc. |
| 27 | PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | Warner Bros. Entertainment Inc. |
| 28 | PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | Warner Bros. Entertainment Inc. |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | Warner Bros. Entertainment Inc. |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | Warner Bros. Entertainment Inc. |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | Warner Bros. Entertainment Inc. |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | Warner Bros. Entertainment Inc. |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | Warner Bros. Entertainment Inc. |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | Warner Bros. Entertainment Inc. |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | Warner Bros. Entertainment Inc. |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | Warner Bros. Entertainment Inc. |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | Warner Bros. Entertainment Inc. |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | Warner Bros. Entertainment Inc. |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | Warner Bros. Entertainment Inc. |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | Warner Bros. Entertainment Inc. |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | Warner Bros. Entertainment Inc. |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | Warner Bros. Entertainment Inc. |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | Warner Bros. Entertainment Inc. |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | Warner Bros. Entertainment Inc. |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | Warner Bros. Entertainment Inc. |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | Warner Bros. Entertainment Inc. |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | Warner Bros. Entertainment Inc. |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | Warner Bros. Entertainment Inc. |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | Warner Bros. Entertainment Inc. |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation | Warner Bros. Entertainment Inc. |

| | | | |
|---|---|---|---|
| 1 | | Emanation | |
| 2 | PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | Warner Bros. Entertainment Inc. |
| 3 | PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | Warner Bros. Entertainment Inc. |
| 4 | PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | Warner Bros. Entertainment Inc. |
| 5 | PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | Warner Bros. Entertainment Inc. |
| 6 | PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | Warner Bros. Entertainment Inc. |
| 7 | PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | Warner Bros. Entertainment Inc. |
| 8 | PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | Warner Bros. Entertainment Inc. |
| 9 | PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | Warner Bros. Entertainment Inc. |
| 10 | PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | Warner Bros. Entertainment Inc. |
| 11 | PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | Warner Bros. Entertainment Inc. |
| 12 | PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | Warner Bros. Entertainment Inc. |
| 13 | PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | Warner Bros. Entertainment Inc. |
| 14 | PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | Warner Bros. Entertainment Inc. |
| 15 | PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | Warner Bros. Entertainment Inc. |
| 16 | PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | Warner Bros. Entertainment Inc. |
| 17 | PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | Warner Bros. Entertainment Inc. |
| 18 | PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | Warner Bros. Entertainment Inc. |
| 19 | PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | Warner Bros. Entertainment Inc. |
| 20 | PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | Warner Bros. Entertainment Inc. |